1

2

3

4

5

6

**United States District Court**

For the Northern District of California

7

8

9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

10  RICHARD KENNEDY,                                CASE NO. 5:11-cv-02407 EJD

11                                                  **ORDER REQUIRING COMPLIANCE**
                                                    **WITH PROCEDURAL ORDER FOR**
12            Plaintiff(s),                         **IMMIGRATION AND MANDAMUS**
        v.                                          **CASES**

13  UNITED STATES CITIZENSHIP AND
    IMMIGRATION SERVICES, DISTRICT
14  DIRECTOR,

15

16            Defendant(s).
    _____/

17          On May 17, 2011, this court entered the Procedural Order for Immigration Mandamus Cases

18  (the "Procedural Order") which provides a schedule for the filing of documents in this case.  See

19  Docket Item No. 2.  Specifically, the Federal Defendant was required to serve and file an Answer to

20  the Petition within 60 days of receipt of service of the summons and complaint.  See id., at ¶ 1.  In

21  addition, the Federal Defendant is required to file a Motion for Summary Judgment within 120 days

22  of service of the complaint if Plaintiff has not filed a similar motion within 90 days of filing the

23  complaint.  See id., at ¶ 3.

24          Having been assigned this case on October 25, 2011, the court has reviewed the docket and

25  determined the requirements of the Procedural Order have not been observed.  For example, it

26  appears the summons and complaint were served no later than July 1, 2011.  See Docket Item Nos.

27  8, 9, and 10.  However, instead of filing an Answer, the Federal Defendant filed a Notice of

28

1 Appearance on August 30, 2011.  <u>See</u> Docket Item Nos. 11.  In addition, instead of filing a Motion

2 for Summary Judgment, the Federal Defendant filed a "Notice of Respondent's Opposition."  <u>See</u>

3 Docket Item No. 13.

4      Neither the Notice of Appearance or "Notice of Respondent's Opposition" are designated

5 filings under the Procedural Order.  Indeed, the "Notice of Respondent's Opposition" is particularly

6 troubling as such a document does not have an established timeline for the filing of opposition and

7 reply papers.  The court simply cannot countenance this process as a proper way to resolve this

8 action, especially when the authorized process is clearly defined.

9      Accordingly, the court orders as follows:

10   1.    The Federal Defendant shall, no later than November 15, 2011, file and serve an

11         Answer as required by the Procedural Order.

12   2.    The Federal Defendant shall convert the "Notice of Respondent's Opposition" into a

13         Motion for Summary Judgment which complies with Federal Rule of Civil Procedure

14         56, and shall file and serve such motion no later than November 15, 2011.

15   3.    After the filing of the documents described above, the parties shall then comply with

16         the Procedural Order in all further aspects.

17 **IT IS SO ORDERED.**

18

19 Dated:  November 1, 2011

20                           EDWARD J. DAVILA
                          United States District Judge

21

22

23

24

25

26

27

28

2

CASE NO. 5:11-cv-02407 EJD
ORDER REQUIRING COMPLIANCE WITH PROCEDURAL ORDER FOR IMMIGRATION AND MANDAMUS
CASES